IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**: }
Rose Shannon } Case No. 22-05476
}
}
}
**Debtor(s)** } Hon. Timothy A. Barnes

## NOTICE OF MOTION

TO:

Marilyn O. Marshall, Chapter 13 Trustee, 224 South Michigan, Ste 800, Chicago, IL 60604, electronic court notification;

Rose Shannon, 13201 Ashland Ave., Unit 601, Blue Island, IL 60406, via U.S. mail;

See Attached Service List.

PLEASE TAKE NOTICE THAT ON June 30, 2022 at 10:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, APPEAR USING ZOOM FOR GOVERNMENT and present that attached motion and you may appear if you so choose. The Bankruptcy Court will hold a hearing to consider a request by Debtor(s) Counsel for payment of legal fees in the amount of $4,500.00 plus expenses of $363.00 if there are no objections, the Court may confirm the plan and allow fees requested by Debtor's counsel to be paid through the plan

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and passcode 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

    I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on June 23, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


| /s/ David Freydin | 6/23/2022 |
|---|---|
| David Freydin, Esq | Date |

Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-05476<br>Northern District of Illinois<br>Eastern Division<br>Thu Jun 23 15:59:34 CDT 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Corp<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921-2693 |
| Advocate Health Care<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Advocate Health Care<br>PO Box 23860<br>Belleville, IL 62223-0860 | Advocate South Suburban Hospital<br>22091 Network Place<br>Chicago, IL 60673-1220 |
| (p)AMERICA S FINANCIAL CHOICE INC<br>2 W MADISON ST<br>2ND FLOOR<br>OAK PARK IL 60302-4981 | Amerimark<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Arnold Scott Harris PC<br>111 W. Jackson Blvd, Ste 600<br>Chicago, IL 60604-3517 |
| Aspire Card Services<br>P.O. Box 650832<br>Dallas, TX 75265-0832 | Audit Systems Incorporated<br>3696 Ulmerton Rd Suite200<br>Clearwater, FL 33762-4237 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Charles Amenta III MD<br>18161 Morris Ave.<br>Suite 105<br>Homewood, IL 60430-2140 | Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | Check N Go<br>5160 S. Pulaski Rd<br>Ste 111<br>Chicago, IL 60632-4253 |
| (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | Convergent Outsourcing<br>10750 Hammerly Boulevard #200<br>Houston, TX 77043-2317 | Credit Bureau Centre<br>PO Box 273<br>Monroe, WI 53566-0273 |
| Credit Coll<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | (p)CREDITORS' DISCOUNT & AUDIT CO    CDA<br>ATTN KEN ARMSTRONG<br>415 E MAIN ST<br>PO BOX 213<br>STREATOR IL 61364-0213 | DiTronics Financial Service<br>Account Recovery Services<br>PO Box 7648<br>Goodyear, AZ 85338-0645 |
| First Premier Bank<br>Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | (p)GLOBAL PAYMENTS CHECK SERVICES   LLC<br>ATTN F&B SUPPORT<br>6215 W HOWARD STREET<br>NILES IL 60714-3403 | Hollywood Casino Aurora<br>1 W. New York St.<br>Aurora, IL 60506-4120 |
| IC System Inc<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jewels<br>PO Box 300184<br>Tampa, FL 33630 |
| Kimberly Weissman<br>633 Skokie Blvd #400<br>Northbrook, IL 60062-2826 | LVNV Funding<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan Blair and Sampson<br>233 South Wacker Drive<br>Suite 4030<br>Chicago, IL 60606-6379 |

| | | |
|---|---|---|
| Massey's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Merchants & Medical Credit Corp.<br>Attn: Bankruptcy<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Metro Center for Health<br>901 McClintock Drive<br>Suite 202<br>Willowbrook, IL 60527-0872 |
| Metro Infectious Disease Consultant<br>901 McClintock Dr<br>Willowbrook, IL 60527-0871 | Metro South Hospital<br>2310 York St.<br>Blue Island, IL 60406-2411 | Midland Funding<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midwest Diagnostic Pathology, SC<br>P.O. Box 578<br>Park Ridge, IL 60068-0578 | Montgomery Ward<br>1112 7th Ave.<br>Monroe, WI 53566-1364 | Navient Solutions Inc.<br>Dept of Educational Loan Services<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Publishers Clearing House<br>PO Box 4002936<br>Des Moines, IA 50340-2936 | RGS Collections<br>PO Box 852039<br>Richardson, TX 75085-2039 |
| (p)ABSOLUTE RESOLUTIONS CORPORATION<br>8000 NORMAN CENTER DRIVE SUITE 350<br>BLOOMINGTON MN 55437-1118 | Revco Solutions<br>PO Box 2589<br>Columbus, OH 43216-2589 | Rivers Casino<br>3000 S. River Rd.<br>Des Plaines, IL 60018-4201 |
| South Suburban Hospital<br>17800 Kedzie Ave.<br>Hazel Crest, IL 60429-0989 | State Collection Inc.<br>PO Box 6250<br>Madison, WI 53716-0250 | Sun Cash of WI, LLC<br>598 S. Torrence Ave.<br>Calumet City, IL 60409-3813 |
| (p)TRS RECOVERY SERVICES INC<br>P O BOX 674169<br>MARIETTA GA 30006-0070 | Title Lenders, Inc. dba USA Payday<br>13647 S. Cicero Ave.<br>Midlothian, IL 60445 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| USA Payday Loans<br>428 E 162nd St.<br>South Holland, IL 60473-2258 | Uptown Cash<br>8641 South Cottage Grove Avenue<br>Chicago, IL 60619-6107 | Verizon<br>American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Village of Calumet Park<br>12409 S. Throop St.<br>Riverdale, IL 60827-5897 | Village of Crestwood<br>Municipal Collections of America<br>3348 Ridge Rd.<br>Lansing, IL 60438-3291 | Village of Matteson, IL<br>4900 Village Commons<br>Matteson, IL 60443-2666 |
| Village of Riverdale<br>157 W. 144th Street<br>Riverdale, IL 60827-2707 | Brian P Deshur<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 |

| | | |
|---|---|---|
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rose Shannon<br>13201 Ashland Ave.<br>Unit 601<br>Blue Island, IL 60406-5065 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| America's Financial Choice<br>2 W. Madison St<br>2nd Floor<br>Oak Park, IL 60302 | City of Chicago<br>121 N. LaSalle St.<br>Room 107<br>Chicago, IL 60602 | (d)City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 |
| Creditors Discount & Audit Co.<br>P.O. Box 213<br>Streator, IL 61364 | Global Payments Check Services<br>PO Box 661158<br>Chicago, IL 60666 | Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302 |
| Razor Capital, LLC<br>c/o Absolute Resolutions Corporatio<br>8000 Norman Center Dr., Suite 350<br>Minneapolis, MN 55437 | TRS Recovery Services<br>PO Box 60022<br>City of Industry, CA 91716 | US Bank<br>425 Walnut Street<br>Cincinnati, OH 45202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)City Of Chicago | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     2<br>Total                  64 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                    Case Number:   22-05476
Rose Shannon

                                                          Chapter:   13

                                                          Honorable Timothy A. Barnes

Debtor(s)

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
THE COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,500.00 flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 313.00 for filing fee paid by the attorney with the attorney's funds

$ 50.00 for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ 363.00 Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☐ None

A total of $ 0

Date of Application: 6/23/2022

Attorney Signature: /s/ David Freydin

**EXPENSES**

| Expense | Date Incurred | Total Charge |
|---|---|---|
| Chapter 13 filing fee | 5/12/2022 | $313.00 |
| Copy Costs/Postage | 5/12/2022 | $25.00 |
| Credit Counseling | 5/12/2022 | $25.00 |
|  |  |  |
|  |  |  |
|  | **TOTAL CHARGE** | **$363.00** |
|  |  |  |
|  |  |  |
|  |  |  |